trict at the October term, 1927. Affirmed. Opinion filed February 9, 1928.

William J. Dillon, for plaintiff in error. Arthur Abraham, for defendant in error.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**Garden City Paint & Varnish Company in its own right and for use of Phoenix Insurance Company of Hartford, Connecticut and Queen Insurance Company of America, appellees, v. Frank Breska, trading as Breska Motors et al., defendants, on appeal of Frank Breska, Inc., appellant. Gen. No. 32,189.**

Action for damages for negligently permitting fire to escape. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John H. Lyle, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1927. Affirmed. Opinion filed February 9, 1928. Rehearing denied February 21, 1928.

Frank Posvic and Steiner & Setecka, for appellant. Kremer, Branand & Hamer, for appellees; Donald Campbell, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**U. S. Taximeter Corporation, appellant, v. Acorn Battery Company, appellee. Gen. No. 32,198.**

Action to recover price of automobile tires sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1927. Affirmed. Opinion filed February 9, 1928.

Joseph B. Lynch, for appellant. No appearance for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**City of Chicago, defendant in error, v. Joe Glaser, plaintiff in error. Gen. No. 31,995.**

Action for debt to recover fine for keeping disorderly house. Judgment against defendant. Error to the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1927. Affirmed. Opinion filed February 9, 1928.

Edward H. Morris and Alonzo E. Tansil, for plaintiff in error. Samuel A. Ettelson, Corporation Counsel, and Frank Peska, City Prosecutor, for defendant in error; A. Edward Aberman, Chief Assistant Prosecutor, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

---

**City of Chicago, defendant in error, v. Joe Glaser, plaintiff in error. Gen. No. 31,996.**

Prosecution for keeping disorderly house. Judgment imposing fine. Error to the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1927. Affirmed. Opinion filed February 9, 1928.

Edward H. Morris and Alonzo E. Tansil, for plaintiff in error. Samuel A. Ettelson, Corporation Counsel, and Frank Peska, City Prosecutor, for defendant in error; A. Edward Aberman, Chief Assistant Prosecutor, of counsel.

Mr. Justice Holdom delivered the opinion of the court.